## SHAW *v.* CALIFORNIA.

No. 1245.   Decided May 26, 1969.

*Irving A. Kanarek* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## LOPO *v.* SAKS FIFTH AVENUE.

No. 1257.   Decided May 26, 1969.

*Robert E. Dunne* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.